IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAGRACIA DIAZ on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>              vs.<br><br>FCI LENDERS, INC.,<br><br>                      Defendant. | CLASS ACTION<br><br>1:17-cv-08686-AJN |

## MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT

Plaintiff Altagracia Diaz (the "Plaintiff" or "Class Representative"), and the Defendant FCI Lender Services, Inc., ("FCI" or "Defendant") (Plaintiff and Defendant are collectively referred to as (the "Parties"), respectfully request that the Court enter a Preliminary Approval order pursuant to Federal Rule of Civil Procedure 23(c)(1): (1) preliminarily approving the proposed Settlement Agreement; (2) directing notice to the Class; and (3) setting dates for opt-outs, objections, and a hearing under Federal Rule of Civil Procedure 23(c)(2).

In support of their motion, the Parties state:

1.  This action was brought by Plaintiff Altagracia Diaz on her own behalf and on behalf of all other persons similarly situated to Plaintiff.

2.  Plaintiff asserted a claim pursuant to the Fair Debt Collection Practices Act ("FDCPA") against Defendant FCI, alleges that defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., by sending collection communications to plaintiff and the class members that state that late fees may be charged on an accelerated loan. Defendant denies all of these factual allegations and the Court has not made a finding of liability against Defendant.

3. Counsel for Plaintiff and Counsel for Defendant have reviewed and analyzed the complex legal and factual issues presented in this action, and the risks and expense involved in pursuing the litigation to conclusion.

4. Based upon this review and analysis, counsel for Plaintiff and counsel for Defendant embarked upon and concluded comprehensive settlement discussions resulting in the Class Action Settlement Agreement and Release (the "Settlement Agreement") attached as <u>Exhibit A</u>.

5. Plaintiff and Defendant have also considered the factors required to certify a class action under Federal Rule of Civil Procedure 23.

6. For purposes of settlement the parties request that the Court certify the following class:

(a) all individuals (b) with a loan that was more than 90 days behind at the time FCI began servicing it, according to the records of FCI, (c) with a corresponding address as the "property address", (d) that had been accelerated, (e) where FCI sent the individual a document that referred to late charges (f) accrued since acceleration (g) where the document was sent at any time during a period beginning November 9, 2016 and ending November 29, 2017. Defendant represents that the class consists of 85 persons.

7. This Court determines that the settlement class meet the following requirements of Rule 23, in that:

    a. The Class is sufficiently numerous such that joinder of all members is impracticable. The class consists of over 40 persons.

    b. There are questions of law and fact common to the Class that predominate over any questions affecting only individual members.

    c. The Class Representative's claims are typical to those of the Class Members.

    d.    The Class Representative and her counsel are adequate representatives for the Class.

    e.    Resolution of this action on a class basis is the superior and appropriate method for the fair and efficient resolution of this controversy.

8.    Under the terms of the Class Action Settlement Agreement and subject to court approval:

    a.    Defendant shall pay Sixty-Five Thousand Dollars ($65,000.00) for the establishment of a Class Settlement Fund. The Class Settlement fund shall be divided on a *pro rata* basis among the Class Members whose (1) Notice is not returned as undeliverable; (2) Notice is returned with a forwarding address to which the Notice is re-mailed and not returned as undeliverable; or (3) Notice is sent to an address located by skip-tracing and the Notice is not returned as undeliverable. However, no class member shall receive a *pro rata* payment from the class settlement fund in excess of $5,000.00. The $65,000.00 payment to the third-party administrator for purposes of funding the Class Settlement Fund shall be due within 21 days after the Effective Date, as defined in Paragraph 2.01 of the Release and Settlement Agreement.

    b.    Defendant agree to pay Class Representative, Altagracia Diaz, $5,000.00 for her actual and statutory damages, and for her service as class representative. Subject to Court Approval, payment to the Class Representative shall be due within 21 days after the Effective Date.

c. Defendant shall be solely responsible for the costs of class notice and administration to be paid directly to the third-party class administrator and not out of the settlement fund. Defendant shall cause Notice and Settlement Checks to be sent to the Class Members.

d. Defendant will pay Class Counsel the total sum of Thirty-Five Thousand Dollars ($35,000.00) in attorneys' fees and costs. Class Counsel will not request additional fees from Defendant or the Class Members and Defendant will not oppose or cause to be opposed an application for attorney's fees in the amount stated. Defendant's Counsel shall distribute to Class Counsel the check representing Class Counsel's attorneys' fees and costs to Edelman, Combs, Latturner & Goodwin, LLC in the amount of $35,000.00, within 21 days after the Effective Date, as defined in Paragraph 1.13 of the Release and Settlement Agreement. Class Counsel shall file their fee petition within 30 days after the Notice Date;

e. Defendant shall cause Notice to the Class to be mailed within 30 days after entry of the Preliminary Approval Order.

f.  Defendant shall cause to be mailed to the Class members, by first class mail: (1) the Class Notice, and (2) the settlement checks.

g. To the extent that there are any funds from un-cashed, expired Settlement Checks, an amount equal to the amount of such un-cashed checks must be paid over as a *cy pres* award to Class Counsel to be distributed to The Legal Aid Society, 199 Water Street, New York, New York 10038.

9. Counsel for Plaintiff and the Class believe that the settlement of this action on the terms and conditions set forth in the Settlement Agreement is fair, reasonable, and adequate, and would be in the best interests of the members of the Class.

10. The Parties have agreed on the form of notice to be sent to each Class Member, attached as <u>Exhibit B</u>, via first class mail. The Parties have agreed that no further notice to the Class members is required.

11. The Parties have agreed on the proposed Preliminary Approval Order, attached as <u>Exhibits C</u>, respectively.

WHEREFORE, the Parties respectfully request that the Court enter an order: (1) preliminarily approving the proposed Class Settlement Agreement; (2) directing notice to be sent to the Class via first class mail; and (3) setting dates for, opt-outs, objections, submission of Class Counsel's fee petition and a hearing under Federal Rule of Civil Procedure 23(c)(2).

| | |
|---|---|
| Dated: New York, New York<br>March 2019 | Dated: New York, New York<br>March 2019 |
| LAW OFFICES OF KLEINMAN LLC | BLANK ROME, LLP |
| By:  <u>s/Abraham Kleinman</u><br>     Abraham Kleinman | By:  <u>s/Jonathan M. Robbin</u><br>     Jonathan M. Robbin |
| <u>Attorneys for the Plaintiff</u>:<br>626 RXR Plaza<br>Uniondale, New York 11556<br>(516) 522-2621 | <u>Attorneys for the Defendant</u>:<br>BLANK ROME, LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 |
| EDELMAN COMBS LATTURNER<br>& GOODWIN, LLC | |
| By: <u>s/Tiffany Hardy</u><br>Tiffany Hardy<br>20 South. Clark Street, Suite 1500<br>Chicago, IL  60603<br>(312) 739-4200 | |

**CERTIFICATE OF SERVICE**

    I, Tiffany N. Hardy, hereby certify that on March 15, 2019 I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF System, which sent notification of such filing to the following parties:

Jonathan Robbin
jrobbin@blankrome.com

                                                s/Tiffany Hardy
                                                Tiffany Hardy